UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

ANIBAL EDGARDO MEJIA GUZMAN,

                    Petitioner,

              -against-

WILLIAM P. JOYCE, et al.,

                    Respondents.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

25-cv-10462 (LAK)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/18/2025

## ORDER

LEWIS A. KAPLAN, *District Judge.*

        Petitioner Anibal Edgardo Mejia Guzman is a civil immigration detainee who petitioned for a writ of habeas corpus on December 17, 2025.

        28 U.S.C. § 2243 states:

> "A court, justice or judge entertaining an application for a writ of habeas corpus shall forthwith award the writ or issue an order directing the respondent to show cause why the writ should not be granted . . . . The writ, or order to show cause . . . shall be returned within three days unless for good cause additional time, not exceeding twenty days, is allowed . . . . When the writ or order is returned a day shall be set for hearing, not more than five days after the return unless for good cause additional time is allowed."

        Accordingly, respondents are hereby ordered to respond to the petition on or before December 21, 2025. In their response, respondents are to address whether a hearing is necessary and show cause why the Court should not issue an order restraining respondents from transferring petitioner outside New York or New Jersey pending adjudication of the petition. Petitioner shall file any reply on or before December 23, 2025.

        SO ORDERED.

Dated:      December 18, 2025

                                     Lewis A. Kaplan
                               United States District Judge