UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

ANIBAL EDGARDO MEJIA GUZMAN,

                    Petitioner,

          -against-                                          25-cv-10462 (LAK)

WILLIAM P. JOYCE, et al.,

                    Respondents.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## TEMPORARY RESTRAINING ORDER
(Corrected)

LEWIS A. KAPLAN, *District Judge.*

Petitioner Anibal Edgardo Mejia Guzman is a civil immigration detainee who petitioned for a writ of habeas corpus on December 17, 2025.

On December 18, 2025, respondents were ordered to respond to the petition on or before December 21, 2025. They were directed to address in their response whether a hearing is necessary and to show cause why the Court should not issue an order restraining respondents from transferring petitioner outside New York or New Jersey pending adjudication of the petition. Petitioner was directed to file any reply on or before December 23, 2025.

The respondents responded to the petition today. The response (1) acknowledged that a dispositive issue in this case is the same as that decided adversely to the respondents in a prior decision by the undersigned, (2) stated their view that no hearing is necessary, and (3) stated that they do "not at this time oppose Petitioner's request to remain in New York or New Jersey pending the Court's consideration of the Petition." Dkt 6.

In the circumstances, the Court finds that petitioner is likely to prevail on the merits, that he likely would sustain irreparable injury were he moved out of this District or the District of New Jersey prior to disposition of the petition, and that the other equitable factors have been satisfied.

Accordingly, respondents be and they hereby are enjoined and restrained, pending the disposition of the Petition, from causing petitioner to be taken out of the Southern District of New York or the District of New Jersey.

SO ORDERED.

Dated:       December 21, 2025
Issued at:   8:20 p.m.

_____
Lewis A. Kaplan
United States District Judge